AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Louisiana  ☑

United States of America
v.
Sadiq Rauf Perry

)
)
)  Case No.  6:26-mj-00116
)
)
)

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Sadiq Rauf Perry                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(a) - Transportation of Minors

Date:    04/30/2026

_____
*Issuing officer's signature*

City and state:    Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/30/26 , and the person was arrested on *(date)* 6/11/26 at *(city and state)* Virginia Beach, VA . |

Date:  6/11/26

_____
*Arresting officer's signature*

E. Buercas - FBI TFO
*Printed name and title*