RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA Complaint

APR 3 0 2026

BY:_____
DANIEL J. McCOY, CLERK

# UNITED STATES DISTRICT COURT
### for the
Western District of Louisiana ☑

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| Sadiq Rauf Perry | ) |
| | ) 6:26-mj-00116 |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 26, 2026_____ in the county of _____Lafayette_____ in the

___Western___ District of ___Louisiana___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transportation of Minors |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Jan-Paul Pena Ramirez
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4/30/26__

_____
*Judge's signature*

City and state: _____Lafayette, Louisiana_____    David J. Ayo, United States Magistrate Judge
_____
*Printed name and title*

**RECEIVED**
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**APR 3 0 2026**

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:26-mj-00116 |
| v. | |
| SADIQ RAUF PERRY | MAGISTRATE JUDGE AYO |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jan-Paul Peña Ramirez, being duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since June 2021. I am currently assigned to the New Orleans Field Office, Lafayette Resident Agency, where I am tasked with investigating criminal violations of federal law. Prior to being hired by the FBI, I was a Child Protective Investigator (CPI) with the Florida Department of Children and Families (DCF). I was hired by DCF in March 2018 and worked as a CPI until October 2020. I have investigated cases over a variety of criminal violations and have testified in local, state, and federal courts on multiple occasions. I have investigated dozens of child sexual abuse cases both as a CPI and as a Special Agent. Specific to this matter, I am the assigned case agent and have been involved since the FBI became aware of the captioned criminal allegations.

2.      I make this affidavit in support of an arrest warrant for **SADIQ RAUF PERRY**. The facts in this affidavit come from my personal observations, training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that sufficient probable cause exists for the requested warrant and does not set forth all of my knowledge about this matter.

### Statutory Authority

3.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code.

4.      As set forth herein, probable cause exists to believe that during April 2026, **SADIQ RAUF PERRY** induced the travel of a 14-year-old girl from Lafayette, Louisiana to Virginia Beach, Virginia to engage in sexual activity in violation of Title 18, United States Code, Section 2423(a) which makes it a crime for a person who knowingly transports an individual who has not attained the age of 18 years in interstate or foreign commerce, or in any commonwealth, territory or possession of the United States, with intent that the individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, shall be fined under this title and imprisoned not less than 10 years or for life.

## Statement of Probable Cause

5.     On April 26, 2026, at approximately 3:29 p.m., deputies with the Lafayette Parish Sheriff's Office (LPSO) were dispatched to a juvenile runaway complaint. Deputies spoke with the mother/complainant. The mother advised that, the day before (i.e., April 25, 2026), she caught her 14-year-old daughter (hereinafter referred to as "Minor Victim") communicating on the phone with an unidentified male who the mom believed to be 18 years old. Finding the communications to be inappropriate, the mother took away Minor Victim's phone and grounded her. On the day in question, at approximately 3:20 p.m., the mother noticed a silver/light blue sedan parked across the street from her residence. The mother went to the restroom, after which she noticed Minor Victim and the sedan were no longer at or near the residence.

6.     Utilizing various investigative techniques, LPSO learned the sedan was a registered Uber vehicle and had transported the Minor Victim to Lafayette Regional Airport. LPSO also learned Minor Victim boarded a flight from Lafayette, Louisiana to Norfolk, Virginia.

7.     LPSO determined both the Uber ride and flight were purchased by a 27-year-old black male named **SADIQ RAUF PERRY** (hereafter referred to as **PERRY**). The flight was purchased for $753.40 on April 23, 2026, and booked as a round-trip ticket with a return flight scheduled for May 2, 2026. The flight was booked utilizing a fictitious date of birth for Minor Victim. Specifically, the birth

3

year was listed as 2009, which would have made Minor victim 17 years old. The airline's policy allows minors aged 15-17 to travel unaccompanied.

8.    LPSO obtained surveillance videos from both Lafayette Regional Airport and Norfolk International Airport. Video confirmed Minor Victim traveled from Lafayette, Louisiana to Norfolk, Virginia. Video also confirmed a black male retrieved Minor Victim from Norfolk International Airport in a 2022 White Jeep Cherokee, South Carolina License Plate 587AJP. This vehicle is registered to **PERRY.**

9.    Research into **PERRY's** background revealed he was active-duty Navy and housed at Courtyard Marriott located at 5700 Greenwich Rd., Virginia Beach, Virginia 23462.

10.    On April 29, 2026, FBI and local law enforcement in Virginia Beach responded to Courtyard Marriott. They located **PERRY** and Minor Victim in the process of attempting to leave the hotel. Law enforcement successfully recovered Minor Victim.

11.    **PERRY** gave consent to search his hotel room, room 345. Law enforcement noticed the hotel room had a king-size bed and had not yet been cleaned. During the search, law enforcement observed what appeared to be blood and/or bodily fluids on the bedsheets.

12.    Law enforcement conducted a minimal facts interview with Minor Victim. A summary of Minor Victim's interview is as follow:

a.    She and **PERRY** met on Snapchat. Minor Victim told **PERRY** that she was 15 years old, and **PERRY** replied that he was around her age.

b.    Minor Victim arrived in Virginia on Sunday and stayed overnight with **PERRY** at the hotel.

c.    Minor Victim took an Uber to Baltimore, Maryland to visit a friend and returned to the hotel this morning (i.e., April 29, 2026). Minor Victim said she planned to return to Baltimore later in the day to retrieve some belongings and then fly home to Louisiana later that night.

13.    A post-*Miranda* recorded interview was conducted with **PERRY**. A summary of **PERRY**'s interview is as follows:

a.    **PERRY** met Minor Victim on Snapchat a week or two ago. He knew Minor Victim's real name, and he believed she was 15 years old. **PERRY** told Minor Victim that he was 27 years old. **PERRY** claimed he did not plan on continuing to communicate with Minor Victim after learning she was 15 years old but continued to do so because Minor Victim told him that she had a difficult home life. **PERRY** claimed his relative was sexually abused, and he was therefore sympathetic toward and wanted to help Minor Victim. Minor Victim told **PERRY** that she had a "connect" in Baltimore that she was planning to visit and that she was planning to run away from home by the end of the year without or without **PERRY**'s help.

b.    **PERRY** admitted purchasing both the Uber ride and the airline ticket for Minor Victim, and he confirmed that she arrived Sunday evening.

PERRY said Minor Victim was only supposed to stay with him until today or the end of the week, and they were leaving the hotel because PERRY was going to start working tomorrow at Dam Neck base.

c.    PERRY admitted that he and Minor Victim slept in the bed together one or two nights, but he claimed they slept on separate sides of the bed. PERRY also said he slept on the couch at some point during their time together. PERRY denied having any sexual contact with Minor Victim. When asked about the stains on the bed, PERRY stated that Minor Victim leaks from her "privates" and wears diapers at night.

14.    A forensic interview was conducted with Minor Victim. A summary of the interview is as follows:

a.    She and PERRY chatted online for a month or more on Snapchat and Facetime. PERRY paid for the Uber ride, airline flight, and for DoorDash in Lafayette prior to flying to Norfolk.

b.    Minor Victim flew in Sunday and stayed overnight. Minor Victim slept on the couch each night and PERRY slept on the bed. Minor Victim denied any sexual contact. They ate at a sports bar on Monday and a Popeyes on Tuesday. After dinner Monday, Minor Victim met her friend halfway between Baltimore and the Marriott hotel. Minor Victim then stayed with her friend at her apartment in Baltimore. The plan was to get picked up by her friend later that day, April 29, 2026.

15.    LPSO obtained and executed a search warrant for Minor Victim's Instagram account.  A review of that content revealed Minor Victim and Instagram user "sadiqperry" exchanged messages between April 22, 2026, and April 26, 2026. The messages were initiated by **PERRY**, who sent a message that stated "Baeeeee." Most of the messages contained links to short video clips.  Many of the video clips related to couples, and some of the clips were sexual in nature.  Some messages of the pertinent were as follows:

a.    On April 22, 2026, at approximately 11:28 PM, **PERRY** sent a message stating "This how imma be with you."  The accompanying link was to a video that depicted a baby with an adult voice-over.  The baby was discussing staring at a female teacher's buttocks.

b.    On April 23, 2026, at approximately 7:46 PM, Minor Victim sent **PERRY** a video link with the caption, "Who's else has a gf that's this level of clingy???..." The video was inaccessible.

c.    On April 23, 2026, at approximately 7:48 PM, **PERRY** sent a video link with the caption "Unbreakable bond with her daddy..."  The video depicted a minor female begging her mother to see and be with her "daddy."

d.    On April 23, 2026, at approximately 9:31 PM, **PERRY** sent a message stating, "This why I can't have daughters. I gotta have you all to myself lmaoo".  The accompanying link was to a video depicting a compilation of children getting jealous because their parent was getting attention from

7

someone else. The first video in the compilation depicted what appeared to be an adult male carrying an adult female in his arms.

e.    On April 25, 2026, at approximately 10:50 AM, **PERRY** sent a video link with a video depicting an adult man who stated, "You ain't in love with a motherfucker until y'all kissed at the red light." The man goes on to state that, "the next thing you know y'all bust up in the crib like a motherfucking moving…It's Mr. Nasty Time!"

16.    Based upon my training and experience, both the Instagram communications and **PERRY**'s post-*Miranda* statement about his communications with Minor Victim are indicative of grooming techniques.

17.    On April 30, 2026, Minor Victim was returned to Lafayette and interviewed by LPSO. Minor Victim disclosed that **PERRY** kissed her outside at the hotel on one occasion and the two had vaginal sexual intercourse at the hotel on another occasion.

### Conclusion

18.    Based upon the facts set forth above, your affiant believes that probable cause exists to show that **SADIQ RAUF PERRY** has violated Title 18, United States Code, Section 2423(a). Due to these facts, it is requested that an arrest warrant be issued for **SADIQ RAUF PERRY**.

19.    I declare that the information provided above is true and correct to the best of my knowledge and belief.

Respectfully Submitted,

Jan-Paul Peña Ramirez
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 30th day of April 2026 in Lafayette, Louisiana.

HONORABLE JUDGE DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE

9